FILED '08 JUN 24 12:24 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KAMI HUBBARD, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br> Defendant. | Civil No.  6:07-CV-588-HO <br><br><br> ORDER AND JUDGMENT FOR REMAND |

      Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's applications for disability insurance benefits and supplemental security income benefits under Titles II and XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings, a de novo hearing, and a new decision. On remand, the administrative law judge (ALJ) will 1) evaluate the July 2006 letter from Roberta Ruggeri, D.O., and assign appropriate weight to the opinion; 2) after considering the new evidence, reevaluate Plaintiff's residual functional capacity; and 3) reevaluate step 5, obtaining supplemental evidence from a vocational expert, if

Page 1    ORDER - [6:07-CV-588-HO]

warranted, and resolving any discrepancies between the vocational expert testimony and the Dictionary of Occupational Titles.

This Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) with a remand of the cause to the Commissioner for further proceedings. See <u>Melkonyan v. Sullivan</u>, 501 U.S. 89 (1991).

Judgment is for the Plaintiff and the file shall be closed

IT IS SO ORDERED this 24th day of June 2008.

_____
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

KARIN J. IMMERGUT, OSB 96314
United States Attorney
District of Oregon

BRITANNIA I. HOBBS
Assistant United States Attorney


s/ Nancy A. Mishalanie
NANCY A. MISHALANIE
Special Assistant United States Attorney
(206) 615-3619
Of Attorneys for Defendant